IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DANIEL ESTEBAN CAMAS LOPEZ,
individually and on behalf of all similarly
situated persons,

    Plaintiff,

v.                                                      Case No. _____

MARRIOTT INTERNATIONAL, Inc.,

    Defendant.

### DECLARATION OF TIFFANY SCHAFER IN SUPPORT OF DEFENDANT MARRIOTT INTERNATIONAL INC.'S NOTICE OF REMOVAL

I, Tiffany Schafer, hereby declare as follows:

1. I am currently employed by Marriott International Administrative Services, Inc. ("MIAS"), a wholly owned subsidiary of Defendant Marriott International, Inc. ("Marriott"), as Vice President of Human Resources.

2. Marriott is incorporated under the laws of the State of Delaware. Marriott's headquarters are located in Bethesda, Maryland.

3. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently as to such facts. As part of my job responsibilities, I have access to certain business and corporate records of Marriott. I have obtained information and reviewed business records concerning Marriott in making this declaration. The information below is based on my personal knowledge and the records created, maintained, and used by Marriott as a regular practice and in the ordinary course of its regularly conducted business activity.

4. Based on my review and understanding of records currently available, I understand that between May 5, 2021 and July 9, 2021, Plaintiff Daniel Esteban Camas Lopez ("Plaintiff")

1

participated in the J-1 visa exchange visitor program at the St. Regis Hotel in Aspen, Colorado (the "Hotel").

5.  During the relevant time period, Plaintiff worked as a culinary intern/trainee and was paid $14/hour for regular time hours (up to 40 hours) and time and a half for overtime hours. Other workers in the culinary department, who were not interns/trainees, were paid $17.50/hour for regular time hours (up to 40 hours) and time and a half for overtime hours.

6.  During the relevant time period, Plaintiff worked approximately 374 regular time hours and approximately 135 overtime hours.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this 15th day of December, 2023 in Napa, California.

_____
TIFFANY SCHAFER