# EXHIBIT B

DATE FILED: October 20, 2023 4:19 PM
FILING ID: EDE5E556E472E
CASE NUMBER: 2023CV30109

# Exhibit 1



U.S. Department of State

# Training/Internship Placement Plan

*OMB APPROVAL NO. 1405-0170
EXPIRATION DATE: 1/31/2021
ESTIMATED BURDEN: 1.5 HOURS

**Exchange Visitor** (surname/primary, given name)

| | |
|---|---|
| **CAMAS LOPEZ, DANIEL ESTEBAN** | **SEVIS ID:** **N0031259394** |
| Email Address: dcamas95@gmail.com | Program Sponsor: **Alliance Abroad Group, LP** |
| Category: **INTERN** | Program Number: P-4-12879 |
| Occupational Category: Hospitality and Tourism | Training/Internship Dates: 11/16/2020 - 11/15/2021 |

## Additional Participant Details

| | | | |
|---|---|---|---|
| **Current Field of Study/Profession:** | Gastronomy | **Type of Degree or Certificate:** | Diploma |
| **Experience in Field:** | 1 years | **Date Awarded or Expected:** | 06/06/2019 |

## Host Organization                                                                                        Phases: 5

| | | | |
|---|---|---|---|
| Host Organization Name: | Marriott International St Regis Aspen Resort | Employer ID Number: | 273024177 |
| Address: | 315 E DEAN ST, ASPEN, CO 81611 | Worker's Comp Policy: | Yes, New Hampshire Insurance Company |
| Number of FT Employees Onsite at Location: | 298 | Worker's Comp for Exchange Visitor: | Yes |
| Annual Revenue: | $25 Million or More | Exchange Visitor Hours per week: | 32 |
| Website URL: | https://www.stregisaspen.com | Stipend: | Yes, 14.00 per Hour |
| Main Program Supervisor/POC: | Zemnick, Darren<br>Director of Human Resources<br>darren.zemnick@stregis.com<br>Phone: 970-429-9591 | Non-Monetary Compensation Value: | |

## Certifications

**Trainee/Intern**   I certify that:

1. I have reviewed, understand, and will follow this Training/Internship Placement Plan (T/IPP);
2. I am entering into this Exchange Visitor Program in order to participate as a Trainee or Intern as delineated in this T/IPP and not simply to engage in labor or work within the United States.
3. I understand that the intent of the Exchange Visitor Program is to allow me to enhance my skills and gain exposure to U.S. culture and business in a way that will be useful to me when I return home upon completion of my program.
4. I understand that my internship/training will take place only at the organization listed on this T/IPP and that working at another organization while on the Exchange Visitor Program is prohibited.
5. I will contact the Sponsor at the earliest available opportunity regarding any concerns, changes in, or deviations from this T/IPP.
6. I will respond in a timely way to all inquiries and monitoring activities of my sponsor.
7. I will follow all of my sponsor's guidelines required for my participation in my program.
8. I will contact the U.S. Department of State's Bureau of Educational and Cultural Affairs (ECA) at the earliest possible opportunity if I believe that my sponsor or supervisor (as set forth on page 3, section 4), is not providing me with a legitimate internship or training, as delineated on my T/IPP; and
9. I declare and affirm under penalty of perjury that the statements and information made herein are true and correct to the best of my knowledge, information and belief. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

_DocuSigned by: [signature]_
9C738FDB520445E...
Signature of CAMAS LOPEZ, DANIEL ESTEBAN

Date: 5/3/2021
mm/dd/yyyy

**Exchange Visitor** (surname/primary, given name)

**CAMAS LOPEZ, DANIEL ESTEBAN**                                                                                     SEVIS ID: **N0031259394**

**Sponsor**

1. I have reviewed, understand, and will ensure that the Supervisor (as set forth on page 3, section 4) follows this Training/Internship Placement Plan (T/IPP) regarding the Trainee or Intern listed above;
2. I will notify the designated U.S. Department of State's Bureau of Educational and Cultural Affairs (ECA) at the earliest available opportunity regarding any concerns about, changes in, or deviations from this Training/Internship Placement Plan (T/IPP), including, but not limited to, changes of Supervisor or host organization;
3. I will adhere to all applicable regulatory provisions that govern this program (see 22 CFR Part 62), including, but are not limited to, the following:
   a. I will ensure that the Trainee or Intern named in this T/IPP receives continuous on-site supervision and mentoring by experienced and knowledgeable staff;
   b. I have confirmed with the Supervisor or host organization representative that sufficient resources, plant, equipment, and trained personnel will be available to provide the specified training or internship program set forth in this T/IPP;
   c. I will ensure that the Trainee or Intern named in this T/IPP obtains skills, knowledge, and competencies through structured and guided activities such as classroom training, seminars, rotation through several departments, on-the-job training, attendance at conferences, and similar learning activities, as appropriate in specific circumstances;
   d. I will ensure that the Trainee or Intern named in this T/IPP does not displace full-or part-time temporary or permanent American workers or serve to fill a labor needed and ensure that the position that the Trainee or Intern fills exists primarily to assist the Trainee or Intern in achieving the objectives of his or her participation in this training or internship program;
   e. I certify that this training or internship meets all of the requirements of the Fair Labor Standards Act, as amended (29 U.S.C. 201 et seq.). I also certify that training or internships in the field of agriculture meet all requirements of the Migrant and Seasonal Worker Protection Act, as amended (29 U.S.C. 1801 et seq.)
   f. I will notify the Department of State if I receive information regarding a serious problem or controversy involving the Trainee or Intern named in this T/IPP that could be expected to bring the Department of State, the Exchange Visitor Program, or the Sponsor's exchange visitor program into notoriety or disrepute; and
   g. I declare and affirm under penalty of perjury that the statements and information made herein are true and correct to the best of my knowledge, information and belief. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

Andrew Dybevik

Printed name of Responsible Officer or Alternate Responsible Officer

*andrew Dybevik*
3B7AD65DE3314C5...
Signature of Responsible Officer or Alternate Responsible Officer

Date: 5/13/2021
mm/dd/yyyy

Alliance Abroad Group, LP                                                           P-4-12879
Name of Sponsor Organization                                                        Program Number

## Privacy Act Statement

AUTHORITIES: The information is sought pursuant to Section 102 of the Mutual Educational and Cultural Exchange Act of 1961, as amended (the Fulbright-Hays Act)(22 U.S.C. 2452) which provides for the administration of the Exchange Visitor Program (J visa).

PURPOSE: The information solicited on this form will be used to provide clarity of training and intern programs offered by entities designated by the U.S. Department of State to conduct exchange visitor programs; for general statistical use; and to administer the Trainee and Intern categories of the Exchange Visitor Program.

ROUTINE USES: The information on this form may be shared with entities administering the program on behalf of the Department; federal, state, local, or foreign government entities for law enforcement purposes; to members of Congress in response to a request on your behalf . More information on the Routine Uses for the system can be found in the System of Records Notice State-08, Educational and Cultural Exchange Program Records.

DISCLOSURE: Participation in this program is voluntary; however, failure to provide the information may delay or prevent participation in the Exchange Visitor Program.

## Paper Work Reduction Act

Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: ECA/EC, SA-5, fifth Floor, U.S. Department of State, Washington, DC 20522.

DocuSign Envelope ID: 69970EB4-FB3B-4FA8-99E8-3459A1A850A7



U.S. Department of State

# Training/Internship Placement Plan

*OMB APPROVAL NO. 1405-0170
EXPIRATION DATE: 1/31/2021
ESTIMATED BURDEN: 1.5 HOURS

| **Exchange Visitor** (surname/primary, given name) | |
|---|---|
| **CAMAS LOPEZ, DANIEL ESTEBAN** | SEVIS ID: **N0031259394** |
| Email Address: dcamas95@gmail.com | Program Sponsor: **Alliance Abroad Group, LP** |
| Category: INTERN | Program Number: P-4-12879 |
| Occupational Category: Hospitality and Tourism | Training/Internship Dates: 11/16/2020 - 11/15/2021 |

Each Training/Internship Placement Plan should cover a definite period of time and should consist of definite phases of training or tasks performed with a specific objective for each phase. The plan must also contain information on how the trainees/interns will accomplish those objectives (e.g. classes, individual instruction, shadowing). Each phase must build upon the previous phase to show a progression in the training/internship. A separate copy of pages 3 and 4 must be completed for each phase if applicable (e.g.; if the trainee/intern is rotating through different departments).

## Host Organization

| | |
|---|---|
| **Host Organization Name:** Marriott International St Regis Aspen Resort | **Address:** 315 E DEAN ST, ASPEN, CO 81611 |

**Phase Name:** *Orientation*                                                                                    **Phase 1 of 5**

| | |
|---|---|
| **Training/Internship Field:** Culinary | **Supervisor:** Zemnick, Darren |
| **Start Date:** 05/06/2021 | Director of Human Resources |
| **End Date:** 05/13/2021 | darren.zemnick@stregis.com |
| | 970-429-9591 |

**Description of Trainee/Intern's role for this Program or Phase**

The participant will attend the host company orientation and will be introduced to the resort management, staff, and team members to become acquainted with the property. The participant will also receive a guided tour at the property and will be given an initial orientation at kitchen department to go over the training checklist and the training schedule.

**Specific Goals and Objectives for this Program or Phase**

The objective of this phase is to educate the participant about the host company's rules and regulations, daily operations, policies, operating procedures, customer service standards and the training guidelines. Discuss the department goal and the host company expectations towards the participant. Assist the participant in completing the required documentation for new staff members.

**Please list the names and titles of those who will provide continuous (for example, daily) supervision of the Trainee/Intern, including the primary supervisor. What are these persons' qualifications to teach the planned learning?**

Darren Zemnick is the main supervisor for this phase. Darren has more than 15 years' experience in the field of HR and has been in the hospitality industry since 1994. He has been at the St. Regis Aspen Resort since 2016 and previously worked other hotels and resorts such as Park Hyatt Aviara and Hyatt Regency. Darren has sufficient knowledge and experience to supervise the participant during this phase.

**What plans are in place for the Trainee/Intern to participate in cultural activities while in the United States?**

The participant will have the opportunity to experience and enjoy the rich culture of the city. Aspen is one of Colorado's favorite year-round resort areas. It offers an interesting history, challenging outdoor recreation opportunities, abundant cultural activities, pleasant climate and beautiful natural scenery.

**What specific knowledge skills, or techniques will be learned?**

The participant will learn the property history, its position in the market, core values, policies and standard operating procedures, adjust to the new environment, and practice professionalism towards new team members. Attention to detail, listening, and communication skills will be essential to absorb all the given information.

**How specifically will these knowledge, skills, or techniques be taught? Include specific tasks and activities (Interns) and/ or methodology of training and chronology/syllabus (Trainees).**

The participant will attend the required program orientation to learn the rules and regulations associated with the host company. Receive introductory training in the kitchen department. Review training checklist, tasks descriptions and training schedule with the department head.

**How will the Trainee/Intern's acquisition of new skills and competencies be measured?**

The Immediate Supervisor will review all orientation information with the participant to make sure that the information is understood and absorbed. The participant will also attend all department meetings, briefings and training as required in order to be fully immersed in the operation of the department.

**Additional Phase Remarks**

*The exchange visitor will train a minimum of 32 hours and a maximum of 40 hours per week for the duration of the program. Overtime training is allowed provided that the training is optional, overtime rates apply according to local wage and labor requirements, and the assigned tasks are in-line with the content of the Training Plan*
 

| **Exchange Visitor** (surname/primary, given name) | |
|---|---|
| **CAMAS LOPEZ, DANIEL ESTEBAN** | SEVIS ID: **N0031259394** |

## Certifications

**Phase Supervisor**   I certify that:

1. I have reviewed, understand, and will follow this Training/Internship Placement Plan (T/IPP);
2. I will contact the Sponsor at the earliest possible opportunity if I believe that the Trainee or Intern is not receiving the type of training delineated on this T/IPP;
3. I will actively support the Sponsor by adhering to all applicable regulatory provisions that govern this program (see 22 CFR Part 62);
4. The Trainee or Intern named in this T/IPP will not displace full-or part-time, seasonal or permanent American workers, or serve to fill a labor need;
5. I will conduct the required periodic evaluations of the Trainee or Intern named in this T/IPP;
6. I will notify the designated Sponsor contact at the earliest available opportunity regarding any concerns about, changes in, or deviations from this T/IPP.
7. I will notify the Sponsor in the event of an emergency involving the Trainee or Intern named in this T/IPP, as well as any information that I receive about the Trainee or Intern that might have an effect on that exchange visitor's health, safety, or welfare;
8. I will notify the Sponsor if I receive information regarding a serious problem or controversy involving the Trainee or Intern named in this T/IPP that could be expected to bring the Department of State, the Exchange Visitor Program, or the Sponsor's exchange visitor program into notoriety or disrepute;
9. I am participating in this Exchange Visitor Program in order to provide the Trainee or Intern named in this T/IPP with training or an internship as delineated in this T/IPP;
10. I certify that this training or internship meets all the requirements of the Fair Labor Standards Act, as amended (29 U.S.C. 201 et seq.) I also certify that training or internships in the field of agriculture meet all requirements of the Migrant and Seasonal Worker Protection Act, as amended (29 U.S.C. 1801 et seq.).
11. I declare and affirm under penalty of perjury that the statements and information made herein are true and correct to the best of my knowledge, information and belief. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

*DocuSigned by: Darren Zemnick*
3541DF96FE1243E...

Signature of Zemnick, Darren

Date: 5/3/2021
mm/dd/yyyy



U.S. Department of State

# Training/Internship Placement Plan

*OMB APPROVAL NO. 1405-0170
EXPIRATION DATE: 1/31/2021
ESTIMATED BURDEN: 1.5 HOURS

**Exchange Visitor**  (surname/primary, given name)

| | |
|---|---|
| **CAMAS LOPEZ, DANIEL ESTEBAN** | SEVIS ID: **N0031259394** |
| Email Address: dcamas95@gmail.com | Program Sponsor: **Alliance Abroad Group, LP** |
| Category: **INTERN** | Program Number: **P-4-12879** |
| Occupational Category: Hospitality and Tourism | Training/Internship Dates: 11/16/2020 - 11/15/2021 |

Each Training/Internship Placement Plan should cover a definite period of time and should consist of definite phases of training or tasks performed with a specific objective for each phase. The plan must also contain information on how the trainees/interns will accomplish those objectives (e.g. classes, individual instruction, shadowing). Each phase must build upon the previous phase to show a progression in the training/internship. A separate copy of pages 3 and 4 must be completed for each phase if applicable (e.g.; if the trainee/intern is rotating through different departments).

## Host Organization

**Host Organization Name:** Marriott International St Regis Aspen Resort       **Address:** 315 E DEAN ST, ASPEN, CO 81611

**Phase Name:** *Food Preparation and Presentation*                              **Phase 2 of 5**

**Training/Internship Field:** Culinary
**Start Date:** 05/14/2021
**End Date:** 07/03/2021

**Supervisor:** Sierra, Carlos
Executive Chef
carlos.sierra@ritzcarlton.com
345-325-0692

**Description of Trainee/Intern's role for this Program or Phase**

This is the preparatory stage of the culinary training program. The participant's role is to assist the chef in preparing food, measures ingredients and prepares them in accordance to chef's specifications. This includes chopping vegetables, breaking down, cutting or grinding meat, weighing and mixing ingredients, preparing vegetables and storing food

**Specific Goals and Objectives for this Program or Phase**

The objective of this phase is for the participant to learn and execute the basic skills in a high-end and fast-paced American hotel kitchen while upholding the level of quality and standards expected at St. Regis. The participant will begin to be immersed in the kitchen in this phase and will learn how to collaborate with the kitchen crew while also learning proper technique from the kitchen supervisors.

**Please list the names and titles of those who will provide continuous (for example, daily) supervision of the Trainee/Intern, including the primary supervisor. What are these persons' qualifications to teach the planned learning?**

Chef Carlos Sierra born in Ecuador; he began his career in his native city of Quito. In his culinary career he oversaw the culinary operations at:   The Ritz-Carlton, Grand Cayman as Executive Sous Chef 2017 - 2021 Rosewood Mayakoba, as Executive Sous Chef 2015 - 2017 Excellence Punta Cana as Executive Chef  2013 - 2015 Hard Rock Hotel & Casino Punta Cana as Executive Sous Chef 2013 Paradisus Palma Real as Chef de Cuisine 2008 - 2013 Various Culinary Operations 1999 - 2008   Chef Carlos shared his 23 years of experience as Chef, Consultant, Competitor, Trainer and Task force in Ecuador, Spain, Peru, Dominican Republic, Mexico, Cayman Islands, Barbados, Puerto Rico and United States

**What plans are in place for the Trainee/Intern to participate in cultural activities while in the United States?**

The participant will have the opportunity to experience and enjoy the rich culture of the city. Aspen is one of Colorado's favorite year-round resort areas. It offers an interesting history, challenging outdoor recreation opportunities, abundant cultural activities, pleasant climate and beautiful natural scenery.

**What specific knowledge skills, or techniques will be learned?**

Communication, Organization, Coordination, and Time Management Skills. -Personal Skills - Passion for culinary arts, Positive attitude to contribute to team morale, Patience and perseverance in completing the assigned tasks. -Measuring and Knife Skills. -Knowledge of kitchen tools and utensils. -Learn different type of cuts and portion different types of meat according to specifications.

**How specifically will these knowledge, skills, or techniques be taught? Include specific tasks and activities (Interns) and/ or methodology of training and chronology/syllabus (Trainees).**

The participant will acquire the knowledge and skills through shadowing and hands on training. The participant will learn the following: Preparation of different types of food from the menu, following carefully the recipes set by the Executive Chef; Proper and accurate tracking of ingredient quantities to ensure adequate.

**How will the Trainee/Intern's acquisition of new skills and competencies be measured?**

The participant will report directly to the Immediate Supervisor and will attend all department meetings, briefings and training as required in order to be fully immersed in the operation of the department. Regular meetings will be held to discuss the participant's performance and progress.

**Additional Phase Remarks**

**Exchange Visitor**  (surname/primary, given name)

**CAMAS LOPEZ, DANIEL ESTEBAN**                                       SEVIS ID: **N0031259394**

*Continued from specific tasks and activities*  supplies; Portioning food correctly and preparing the dishes for plating; Accepting or rejecting ingredients from food suppliers based on their appearance and quality; Storing ingredients in dedicated and properly labeled containers, to ensure the utmost quality is preserved; Maintaining a clean and safe environment for all staff members while taking on urgent culinary tasks as they may arise.  **This phase may take place concurrently with phases 5 and 6.**  ***Depending on activity levels of the resort, the participant may be asked to assist in other areas of the Food and Beverage (or culinary) department in order to ensure they receive the minimum 32 hours of training per week. All training will be relevant to the participant's Training Plan and will not include any unskilled activities as defined by the Code of Federal Regulations - 22 CFR 62 Exchange Visitor Program.***

## Certifications

**Phase Supervisor**   I certify that:

1. I have reviewed, understand, and will follow this Training/Internship Placement Plan (T/IPP);
2. I will contact the Sponsor at the earliest possible opportunity if I believe that the Trainee or Intern is not receiving the type of training delineated on this T/IPP;
3. I will actively support the Sponsor by adhering to all applicable regulatory provisions that govern this program (see 22 CFR Part 62);
4. The Trainee or Intern named in this T/IPP will not displace full-or part-time, seasonal or permanent American workers, or serve to fill a labor need;
5. I will conduct the required periodic evaluations of the Trainee or Intern named in this T/IPP;
6. I will notify the designated Sponsor contact at the earliest available opportunity regarding any concerns about, changes in, or deviations from this T/IPP.
7. I will notify the Sponsor in the event of an emergency involving the Trainee or Intern named in this T/IPP, as well as any information that I receive about the Trainee or Intern that might have an effect on that exchange visitor's health, safety, or welfare;
8. I will notify the Sponsor if I receive information regarding a serious problem or controversy involving the Trainee or Intern named in this T/IPP that could be expected to bring the Department of State, the Exchange Visitor Program, or the Sponsor's exchange visitor program into notoriety or disrepute;
9. I am participating in this Exchange Visitor Program in order to provide the Trainee or Intern named in this T/IPP with training or an internship as delineated in this T/IPP;
10. I certify that this training or internship meets all the requirements of the Fair Labor Standards Act, as amended (29 U.S.C. 201 et seq.) I also certify that training or internships in the field of agriculture meet all requirements of the Migrant and Seasonal Worker Protection Act, as amended (29 U.S.C. 1801 et seq.).
11. I declare and affirm under penalty of perjury that the statements and information made herein are true and correct to the best of my knowledge, information and belief. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

_DocuSigned by: Darren Zemnick_
_3541DF96FE1243E..._
Signature of Sierra, Carlos

Date: 5/4/2021
mm/dd/yyyy



U.S. Department of State

# Training/Internship Placement Plan

*OMB APPROVAL NO. 1405-0170
EXPIRATION DATE: 1/31/2021
ESTIMATED BURDEN: 1.5 HOURS

**Exchange Visitor**  (surname/primary, given name)

| | |
|---|---|
| **CAMAS LOPEZ, DANIEL ESTEBAN** | **SEVIS ID:** N0031259394 |
| Email Address:  dcamas95@gmail.com | **Program Sponsor:** Alliance Abroad Group, LP |
| Category:  INTERN | Program Number: P-4-12879 |
| Occupational Category:  Hospitality and Tourism | Training/Internship Dates: 11/16/2020 - 11/15/2021 |

Each Training/Internship Placement Plan should cover a definite period of time and should consist of definite phases of training or tasks performed with a specific objective for each phase. The plan must also contain information on how the trainees/interns will accomplish those objectives (e.g. classes, individual instruction, shadowing). Each phase must build upon the previous phase to show a progression in the training/internship. A separate copy of pages 3 and 4 must be completed for each phase if applicable (e.g.; if the trainee/intern is rotating through different departments).

## Host Organization

**Host Organization Name:**  Marriott International St Regis Aspen Resort       **Address:**  315 E DEAN ST, ASPEN, CO 81611

**Phase Name:** *Saucier / Garde Manager Department Rotation*                                                    **Phase 3 of 5**

**Training/Internship Field:** Culinary                                         **Supervisor:** Sierra, Carlos
**Start Date:** 07/04/2021                                                     Executive Chef
**End Date:** 08/30/2021                                                       carlos.sierra@ritzcarlton.com
                                                                               345-325-0692

**Description of Trainee/Intern's role for this Program or Phase**

In this phase the participant will be training in the Saucier Department and as a Garde Manager. The participant will attend a culinary department training program hosted by St. Regis Aspen. The one week training course begins with a general introduction to food service, then focuses primarily on food preparation, general cooking techniques, then ends with a section entirely on professional catering. The participant will also be training as a Garde Manger, the Cold Food area, and will learn all aspects of preparing a variety of Cold Food dishes.

**Specific Goals and Objectives for this Program or Phase**

The training objective is to provide the participants an understanding of the scope and complexity of the hospitality industry focusing on Culinary skills and techniques. It will also introduce key hospitality management definitions, the opportunities available, and the training necessary to achieve a successful career in the culinary field. At the end of the training course the participants are expected to learn the forces for growth and change in the hospitality industry, and analyze the factors that have impacted this industry, and analyze the various career segments in the hospitality industry and determine what segment would interest the participants. The participants will work a rotation between the a la cart line and banquet production. Following the a la cart line and banquet production segment, the objective of the participant is to become acquainted with the daily duties/tasks of Garde Manger in a high-end, American hotel. The participant will learn and improve their knowledge and skills related to the ability to prioritize, organize and follow through, perform well under pressure of meeting production schedules and time lines for guests' cold food orders, and will gain the ability to use all senses to ensure quality standards are met.

**Please list the names and titles of those who will provide continuous (for example, daily) supervision of the Trainee/Intern, including the primary supervisor. What are these persons' qualifications to teach the planned learning?**

Chef Carlos Sierra born in Ecuador; he began his career in his native city of Quito. In his culinary career he oversaw the culinary operations at:   The Ritz-Carlton, Grand Cayman as Executive Sous Chef 2017 - 2021 Rosewood Mayakoba, as Executive Sous Chef 2015 - 2017 Excellence Punta Cana as Executive Chef  2013 - 2015 Hard Rock Hotel & Casino Punta Cana as Executive Sous Chef 2013 Paradisus Palma Real as Chef de Cuisine 2008 - 2013 Various Culinary Operations 1999 - 2008   Chef Carlos shared his 23 years of experience as Chef, Consultant, Competitor, Trainer and Task force in Ecuador, Spain, Peru, Dominican Republic, Mexico, Cayman Islands, Barbados, Puerto Rico and United States

**What plans are in place for the Trainee/Intern to participate in cultural activities while in the United States?**

The participant will have the opportunity to experience and enjoy the rich culture of the city. Aspen is one of Colorado's favorite year-round resort areas. It offers an interesting history, challenging outdoor recreation opportunities, abundant cultural activities, pleasant climate and beautiful natural scenery.

**What specific knowledge skills, or techniques will be learned?**

In this phase, the participant will learn -Cooking Principles and Procedures -Cooking Meats, Fish and Poultry -Cooking Vegetables, Grains and Sides -Menu Development -Professional Catering. The participant will also learn proper technique in preparing cold appetizers such as Hors d' oeuvres, salads, cheese plates, antipasti, terrines, garnishes, cold fish or meat, cold sauces and dressings in the most attractive and palatable manner upholding St. Regis standards. Emphasis will be placed on proper seasoning of cold food. Furthermore, participants will learn proper techniques for brining; the difference between cold smoking, hot smoking and smoke roasting; what is a forcemeat, and terrine; he ratios used in aspic, and mousse; and to Demonstrate the proper technique for preparing; sausages, and terrine's

**How specifically will these knowledge, skills, or techniques be taught? Include specific tasks and activities (Interns) and/ or methodology of training and chronology/syllabus (Trainees).**

The participant will receive guided mentoring by the department head. Methods of Training will be Role Playing, Shadowing, Mentoring and Presentations. The participant will also acquire these skills by assisting and by shadowing the Immediate Supervisor. The participant will learn the following: Preparation all the components of cold appetizers, ranging from salads to cheese plates, terrines, antipasto course, and present them according to St. Regis standards;

| Exchange Visitor  (surname/primary, given name) | |
|---|---|
| **CAMAS LOPEZ, DANIEL ESTEBAN** | SEVIS ID: **N0031259394** |

**How will the Trainee/Intern's acquisition of new skills and competencies be measured?**

The participant will receive a verbal and written evaluation conducted by department heads during this phase.

**Additional Phase Remarks**

*Continued from specific tasks and activities* Inspecting food for freshness and quality; Follow standards and plating procedures set by the Executive Chef; Focusing on wholesomeness, sanitation, seasonings, time and temperatures; Ensuring food is protected from contamination and that portion control is rigidly implemented; Producing standardized portions; Coordinating with other stations to ensure timely delivery of orders; Decorating various cold foods for buffets and plated events; Ensuring station area is clean and up to health code standards.  ***Depending on activity levels of the resort, the participant may be asked to assist in other areas of the Food and Beverage (or culinary) department in order to ensure they receive the minimum 32 hours of training per week. All training will be relevant to the participant's Training Plan and will not include any unskilled activities as defined by the Code of Federal Regulations - 22 CFR 62 Exchange Visitor Program.***

## Certifications

**Phase Supervisor**  I certify that:

1. I have reviewed, understand, and will follow this Training/Internship Placement Plan (T/IPP);
2. I will contact the Sponsor at the earliest possible opportunity if I believe that the Trainee or Intern is not receiving the type of training delineated on this T/IPP;
3. I will actively support the Sponsor by adhering to all applicable regulatory provisions that govern this program (see 22 CFR Part 62);
4. The Trainee or Intern named in this T/IPP will not displace full-or part-time, seasonal or permanent American workers, or serve to fill a labor need;
5. I will conduct the required periodic evaluations of the Trainee or Intern named in this T/IPP;
6. I will notify the designated Sponsor contact at the earliest available opportunity regarding any concerns about, changes in, or deviations from this T/IPP.
7. I will notify the Sponsor in the event of an emergency involving the Trainee or Intern named in this T/IPP, as well as any information that I receive about the Trainee or Intern that might have an effect on that exchange visitor's health, safety, or welfare;
8. I will notify the Sponsor if I receive information regarding a serious problem or controversy involving the Trainee or Intern named in this T/IPP that could be expected to bring the Department of State, the Exchange Visitor Program, or the Sponsor's exchange visitor program into notoriety or disrepute;
9. I am participating in this Exchange Visitor Program in order to provide the Trainee or Intern named in this T/IPP with training or an internship as delineated in this T/IPP;
10. I certify that this training or internship meets all the requirements of the Fair Labor Standards Act, as amended (29 U.S.C. 201 et seq.) I also certify that training or internships in the field of agriculture meet all requirements of the Migrant and Seasonal Worker Protection Act, as amended (29 U.S.C. 1801 et seq.).
11. I declare and affirm under penalty of perjury that the statements and information made herein are true and correct to the best of my knowledge, information and belief. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

DocuSigned by:
*Darren Zimnick*
3541DF96FE1243E...
Signature of Sierra, Carlos

Date: 5/4/2021
mm/dd/yyyy

U.S. Department of State

# Training/Internship Placement Plan

*OMB APPROVAL NO. 1405-0170
EXPIRATION DATE: 1/31/2021
ESTIMATED BURDEN: 1.5 HOURS

**Exchange Visitor** (surname/primary, given name)

| | |
|---|---|
| **CAMAS LOPEZ, DANIEL ESTEBAN** | SEVIS ID: **N0031259394** |
| Email Address: dcamas95@gmail.com | Program Sponsor: **Alliance Abroad Group, LP** |
| Category: **INTERN** | Program Number: P-4-12879 |
| Occupational Category: Hospitality and Tourism | Training/Internship Dates: 11/16/2020 - 11/15/2021 |

Each Training/Internship Placement Plan should cover a definite period of time and should consist of definite phases of training or tasks performed with a specific objective for each phase. The plan must also contain information on how the trainees/interns will accomplish those objectives (e.g. classes, individual instruction, shadowing). Each phase must build upon the previous phase to show a progression in the training/internship. A separate copy of pages 3 and 4 must be completed for each phase if applicable (e.g.; if the trainee/intern is rotating through different departments).

## Host Organization

**Host Organization Name:** Marriott International St Regis Aspen Resort        **Address:** 315 E DEAN ST, ASPEN, CO 81611

**Phase Name:** *Hot Line Station and Culinary Operations/Administration*                                                                                         Phase 4 of 5

**Training/Internship Field:** Culinary
**Start Date:** 08/13/2021
**End Date:** 10/31/2021

**Supervisor:** Sierra, Carlos
Executive Chef
carlos.sierra@ritzcarlton.com
345-325-0692

**Description of Trainee/Intern's role for this Program or Phase**

The participant's role in this phase is to assist in the hot line station in the kitchen department. The participant will accurately and efficiently cook meats, fish, vegetables, soups and other hot food products as well as prepare and portion food products prior to cooking. The participant will be assigned in the areas such as Saute (saucier), Fish (poissonier), Roast (rotis suer), Fry (fruiteer) and Grill (Gillard in) stations. The participant will also be introduced to The St. Regis Aspen's day-to-day operations of the culinary department. The participant will learn the department's financial budget and assist in assessing and meeting these goals. Learn to evaluate the operational strategies to meet the kitchen's financial objectives. This phase will include preventive measures, inventories, necessities, labor and food costs, as well as creative strategies for revenue enhancement and cost containment.

**Specific Goals and Objectives for this Program or Phase**

The objective of this phase is for the participant to learn how to prepare a variety of meats, seafood, poultry, vegetables and other food items in broilers, ovens, grills, fryers and a variety of other kitchen equipment according to restaurant's standardized recipes. The participant should be able to portion food products prior to cooking according to standard portion sizes and recipe specifications. In this phase, the participant assumes 100% responsibility for quality of products he/she produces that are served to St. Regis guests. The objective of this phase is also for the participant to understand the overall financial and operational side of the entire Food and Beverage/Kitchen department.

**Please list the names and titles of those who will provide continuous (for example, daily) supervision of the Trainee/Intern, including the primary supervisor. What are these persons' qualifications to teach the planned learning?**

Chef Carlos Sierra born in Ecuador; he began his career in his native city of Quito. In his culinary career he oversaw the culinary operations at:   The Ritz-Carlton, Grand Cayman as Executive Sous Chef 2017 - 2021 Rosewood Mayakoba, as Executive Sous Chef 2015 - 2017 Excellence Punta Cana as Executive Chef  2013 - 2015 Hard Rock Hotel & Casino Punta Cana as Executive Sous Chef 2013 Paradisus Palma Real as Chef de Cuisine 2008 - 2013 Various Culinary Operations 1999 - 2008   Chef Carlos shared his 23 years of experience as Chef, Consultant, Competitor, Trainer and Task force in Ecuador, Spain, Peru, Dominican Republic, Mexico, Cayman Islands, Barbados, Puerto Rico and United States

**What plans are in place for the Trainee/Intern to participate in cultural activities while in the United States?**

The participant will have the opportunity to experience and enjoy the rich culture of the city. Aspen is one of Colorado's favorite year-round resort areas. It offers an interesting history, challenging outdoor recreation opportunities, abundant cultural activities, pleasant climate and beautiful natural scenery. Visit many historical sites such as Ashcroft Ghost Town. Explore spring outdoor activities such hot air ballooning, clay target shooting, hiking, and mountain biking.

**What specific knowledge skills, or techniques will be learned?**

-Knowledge on food production and processing. -Knowledge of food safety and sanitation. -Knife skills and Basic Knife Cuts, Cooking Principles and an understanding of stocks and sauces. -Increase skills in a-la-carte or Banquet production of food items. -Ability to interact positively with supervisor, kitchen staff, and team members to promote a team effort and maintain a positive and professional approach. -Labor scheduling and reporting. -Food and labor costs in accordance with the department's budget. -Manage and audit food inventory. -Cost control and maintenance of food costs. -Balance the use of ready-prepared food versus in-house prepared food. -Develop strategies other resources.

**How specifically will these knowledge, skills, or techniques be taught? Include specific tasks and activities (Interns) and/ or methodology of training and chronology/syllabus (Trainees).**

**Exchange Visitor** (surname/primary, given name)

**CAMAS LOPEZ, DANIEL ESTEBAN**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SEVIS ID: **N0031259394**

The participant will acquire these skills by assisting and by shadowing the Immediate Supervisor. The participant will learn the following: Consistency in complying with standard portion sizes, cooking methods, quality standards and kitchen rules, policies, and procedures; Cooking and preparing menu items. The participant will also -Shadow the Immediate Supervisor in preparing the necessary data for applicable parts of the budget, learn how to project annual food, labor, and other costs, take corrective action as necessary to help assure that financial goals are met. -Consult and coordinate activities with the Immediate Supervisor to optimize culinary excellence at point of service. -Learn to check and balance product inventory from previous day of business as well as placing food and supply orders. -Review invoices from purveyors for accuracy. Ensure that ordering practices remain within the budget.

**How will the Trainee/Intern's acquisition of new skills and competencies be measured?**

The participant will receive a verbal and written evaluation conducted by department heads during this phase. The participant will also report directly to the Immediate Supervisor and will attend all department meetings, briefings, and training as required in order to be fully immersed in the operation of the department. Regular meetings will be held to discuss the participant's performance and progress.

**Additional Phase Remarks**

*Continued from specific tasks and activities*  using a variety of equipment and utensils according to the Chef's instructions; Preparing food items for broiling, grilling, frying, sauteing or other cooking methods by portioning, battering, breading, seasoning and/ or marinating; Regulating temperature of ovens, broilers, grills, and roasters; Handling, storing and rotating all food products properly. ***Depending on activity levels of the resort, the participant may be asked to assist in other areas of the Food and Beverage (or culinary) department in order to ensure they receive the minimum 32 hours of training per week. All training will be relevant to the participant's Training Plan and will not include any unskilled activities as defined by the Code of Federal Regulations - 22 CFR 62 Exchange Visitor Program.***

## Certifications

**Phase Supervisor**   I certify that:

1. I have reviewed, understand, and will follow this Training/Internship Placement Plan (T/IPP);
2. I will contact the Sponsor at the earliest possible opportunity if I believe that the Trainee or Intern is not receiving the type of training delineated on this T/IPP;
3. I will actively support the Sponsor by adhering to all applicable regulatory provisions that govern this program (see 22 CFR Part 62);
4. The Trainee or Intern named in this T/IPP will not displace full-or part-time, seasonal or permanent American workers, or serve to fill a labor need;
5. I will conduct the required periodic evaluations of the Trainee or Intern named in this T/IPP;
6. I will notify the designated Sponsor contact at the earliest available opportunity regarding any concerns about, changes in, or deviations from this T/IPP.
7. I will notify the Sponsor in the event of an emergency involving the Trainee or Intern named in this T/IPP, as well as any information that I receive about the Trainee or Intern that might have an effect on that exchange visitor's health, safety, or welfare;
8. I will notify the Sponsor if I receive information regarding a serious problem or controversy involving the Trainee or Intern named in this T/IPP that could be expected to bring the Department of State, the Exchange Visitor Program, or the Sponsor's exchange visitor program into notoriety or disrepute;
9. I am participating in this Exchange Visitor Program in order to provide the Trainee or Intern named in this T/IPP with training or an internship as delineated in this T/IPP;
10. I certify that this training or internship meets all the requirements of the Fair Labor Standards Act, as amended (29 U.S.C. 201 et seq.) I also certify that training or internships in the field of agriculture meet all requirements of the Migrant and Seasonal Worker Protection Act, as amended (29 U.S.C. 1801 et seq.).
11. I declare and affirm under penalty of perjury that the statements and information made herein are true and correct to the best of my knowledge, information and belief. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

_DocuSigned by: Darren Zimnick_
_3541DF96FE1243E..._
Signature of Sierra, Carlos

Date: 5/4/2021
mm/dd/yyyy



U.S. Department of State

# Training/Internship Placement Plan

*OMB APPROVAL NO. 1405-0170
EXPIRATION DATE: 1/31/2021
ESTIMATED BURDEN: 1.5 HOURS

**Exchange Visitor** (surname/primary, given name)

| | |
|---|---|
| **CAMAS LOPEZ, DANIEL ESTEBAN** | **SEVIS ID: N0031259394** |
| Email Address: dcamas95@gmail.com | Program Sponsor: **Alliance Abroad Group, LP** |
| Category: INTERN | Program Number: P-4-12879 |
| Occupational Category: Hospitality and Tourism | Training/Internship Dates: 11/16/2020 - 11/15/2021 |

Each Training/Internship Placement Plan should cover a definite period of time and should consist of definite phases of training or tasks performed with a specific objective for each phase. The plan must also contain information on how the trainees/interns will accomplish those objectives (e.g. classes, individual instruction, shadowing). Each phase must build upon the previous phase to show a progression in the training/internship. A separate copy of pages 3 and 4 must be completed for each phase if applicable (e.g.; if the trainee/intern is rotating through different departments).

## Host Organization

**Host Organization Name:** Marriott International St Regis Aspen Resort    **Address:** 315 E DEAN ST, ASPEN, CO 81611

**Phase Name:** *Project Learning and Cultural Immersion*                                                                                      **Phase 5 of 5**

**Training/Internship Field:** Culinary
**Start Date:** 11/01/2021
**End Date:** 11/15/2021

**Supervisor:** Zemnick, Darren
Director of Human Resources
darren.zemnick@stregis.com
970-429-9591

**Description of Trainee/Intern's role for this Program or Phase**

The participant will engage in a variety of structured e-learning classes and projects which aim to increase the participant's leadership and communication skills within the hospitality industry. After participants have completed their coursework they are encouraged to take part in local cultural activities.

**Specific Goals and Objectives for this Program or Phase**

The objective of this of this phase is for the participant to build upon what they have learned and observed during their previous phases in a classroom based setting. Participants will complete a variety of Online seminars and classes which require them to develop their managerial and soft skills in addition to their operational skills. Participants must also set aside time to take part in local cultural activities and to engage in the Aspen community. They are encouraged to participate in volunteer opportunities as well as visiting nearby cities such as Denver. The goal is for participants to complement their practical skills with theoretical knowledge and to fully immerse themselves into American culture and the Aspen community.

**Please list the names and titles of those who will provide continuous (for example, daily) supervision of the Trainee/Intern, including the primary supervisor. What are these persons' qualifications to teach the planned learning?**

Darren Zemnick is the main supervisor for this phase. Darren has more than 15 years' experience in the field of HR and has been in the hospitality industry since 1994. He has been at the St. Regis Aspen Resort since 2016 and previously worked other hotels and resorts such as Park Hyatt Aviara and Hyatt Regency. Darren has sufficient knowledge and experience to supervise the participant during this phase.

**What plans are in place for the Trainee/Intern to participate in cultural activities while in the United States?**

Participate in host company volunteer event with Habitat for Humanity". ` Gain knowledge of Colorado's striking canyons and granite-gneiss-schist rock formations at Colorado National Monument. Rich American Indian heritage can be experienced at galleries and festivals across the state of Colorado.

**What specific knowledge skills, or techniques will be learned?**

- Participants will learn how to create their own leadership development plan. - Participants will participate in classes such as "Building Your Influence as a Leader", "Leading with Emotional Intelligence" and "Business coaching". - Participants will balance their hands-on learning with classroom based instruction and education comprising of more leadership and "soft" skills.  - Participants will engage and immerse themselves in the local community.  - Learn to socialize with others, build confidence and be independent. .

**How specifically will these knowledge, skills, or techniques be taught? Include specific tasks and activities (Interns) and/ or methodology of training and chronology/syllabus (Trainees).**

The participants will be taught practical approaches for setting development goals, objectives, and actions designed to move toward their vision via an online e-learning platform provided by the St. Regis. The participant will be encouraged to document all cultural activities such as the places visited and people met.

**How will the Trainee/Intern's acquisition of new skills and competencies be measured?**

Upon return to the training site, the participant will have a recap session with the Human Resources Team to go over the cultural discovery experience, places visited and share these adventure with fellow participant and resort staff.

**Additional Phase Remarks**

**Exchange Visitor**  (surname/primary, given name)

**CAMAS LOPEZ, DANIEL ESTEBAN**                                                                                  SEVIS ID: **N0031259394**

The participants will have access to the Human Resources office of the host company to complete the e-learning courses. Normal host company operations will be suspended during this phase. Subjects available to the participant in e-Learning Voluntary Activities are: Valuing Our World of Differences: Diversity and Inclusion Training; Information Security and Protection Training (ISPT); Building Your Influence as a Leader; Leading with Emotional Intelligence; Motivating Employees; Communication Vision; Performance Appraisal Essentials: Planning for Appraisals; Performance Appraisal Essentials: Conducting Traditional Appraisals; Business Coaching: Building the Coaching Relationship and more.  This phase will be unpaid. All participants have been advised prior to arrival that they must have access to at least $1,000 to cover their expenses during this phase.  Please see additional document attached to offer letter for a breakdown of the e-learning phase.  Participants may be given the option to task force at other Marriott properties during this closure, with permission from Employer and Sponsor.

**Certifications**

**Phase Supervisor**   I certify that:

1. I have reviewed, understand, and will follow this Training/Internship Placement Plan (T/IPP);
2. I will contact the Sponsor at the earliest possible opportunity if I believe that the Trainee or Intern is not receiving the type of training delineated on this T/IPP;
3. I will actively support the Sponsor by adhering to all applicable regulatory provisions that govern this program (see 22 CFR Part 62);
4. The Trainee or Intern named in this T/IPP will not displace full-or part-time, seasonal or permanent American workers, or serve to fill a labor need;
5. I will conduct the required periodic evaluations of the Trainee or Intern named in this T/IPP;
6. I will notify the designated Sponsor contact at the earliest available opportunity regarding any concerns about, changes in, or deviations from this T/IPP.
7. I will notify the Sponsor in the event of an emergency involving the Trainee or Intern named in this T/IPP, as well as any information that I receive about the Trainee or Intern that might have an effect on that exchange visitor's health, safety, or welfare;
8. I will notify the Sponsor if I receive information regarding a serious problem or controversy involving the Trainee or Intern named in this T/IPP that could be expected to bring the Department of State, the Exchange Visitor Program, or the Sponsor's exchange visitor program into notoriety or disrepute;
9. I am participating in this Exchange Visitor Program in order to provide the Trainee or Intern named in this T/IPP with training or an internship as delineated in this T/IPP;
10. I certify that this training or internship meets all the requirements of the Fair Labor Standards Act, as amended (29 U.S.C. 201 et seq.) I also certify that training or internships in the field of agriculture meet all requirements of the Migrant and Seasonal Worker Protection Act, as amended (29 U.S.C. 1801 et seq.).
11. I declare and affirm under penalty of perjury that the statements and information made herein are true and correct to the best of my knowledge, information and belief. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

_DocuSigned by: Darren Zemnick_
3541DF96FE1243E...

Signature of Zemnick, Darren

Date: 5/3/2021
mm/dd/yyyy