# **EXHIBIT E**

Pitkin County, District Court, 506 E Main, Aspen, CO 81611
CASE NO.: **2023CV030109**

| | |
|---|---|
| Plaintiff: | DANIEL ESTEBAN CAMAS-LOPEZ, individually and on behalf of all similarly situated persons |
| vs | |
| Defendant: | MARRIOTT INTERNATIONAL INC |

DATE FILED: November 29, 2023 11:01 AM
FILING ID: E84f1892767F1
CASE NUMBER: 2023CV30109

Attorney or Party without Attorney (Name and Address)

Brianne Power #53730
PO BOX 371680 PMB 44465 Denver CO 80237-5680
Phone Number: 720-239-2606   Email: alex@towardsjustice.org
FAX Number: 303-957-2289   Atty.Reg #:

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that on **11/16/2023** at **2:30 PM**, I served **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT; DISTRICT COURT CIVIL SUMMONS; CLASS ACTION COMPLAINT; EXHIBIT 1** on **MARRIOTT INTERNATIONAL INC** at **CT CORPORATION SYSTEM 7700 E ARAPAHOE RD SUITE 220, CENTENNIAL, CO 80112** in the manner indicated below:

*Upon any form of corporation, partnership, association, cooperative, limited liability company, limited partnership association, trust, organization, or other form of entity that is recognized under the laws of this state or of any other jurisdiction, (including any such organization, association or entity serving as an agent for service of process for itself or for another entity)*

By delivering a copy to **SAMANTHA PECK PROCESS SPECIALIST FOR CT CORPORATION SYSTEM**, who is the **REGISTERED AGENT** of **MARRIOTT INTERNATIONAL INC**.

Additional Comments:
**SERVED IN ARAPAHOE COUNTY;**

The approximate description of the person the documents were left with is:

Sex: **Female** Skin: **Caucasian** Hair: **Brown** Age: **28** Height: **5ft7in** Weight: **140**

CASE NO.: **2023CV030109**

BARCODE NO:**456835**
Your File/Reference Number:
Court Date: Cost of Service: $ 40.00

Kaileen Mills

=====================================================================================

Subscribed and affirmed, or sworn to before me this ___17___ day of
__Nov__, 20_23_

Notary Public
My Commission Expires: 2.16.23

ALIAH JADA MORENO-ES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224006560
MY COMMISSION EXPIRES FEBRUARY 16

Prepared by: Sweep Stakes Unlimited 3124 S Parker Rd Suite A2-219 Aurora, CO 80214
Phone: 303-919-5599 Fax: