# **EXHIBIT F**

| | |
|---|---|
| **DISTRICT COURT, PITKIN COUNTY, STATE OF COLORADO** <br><br> Pitkin County Courthouse <br> 506 E. Main Street <br> Aspen, Colorado 81611 | DATE FILED: December 7, 2023 11:17 AM <br> FILING ID: 147D1D4676B61 <br> CASE NUMBER: 2023CV30109 <br><br> ▲**COURT USE ONLY**▲ |
| **Plaintiffs:** DANIEL ESTEBAN CAMAS LOPEZ, Individually and on behalf of all similarly situated persons, <br><br> v. <br><br> **Defendant:** MARRIOTT INTERNATOINAL, INC. | Case Number: 2023CV030109 <br><br> Division: 5 |
| **Counsel for Plaintiff:** <br> Alexander Hood (Bar No. 42775) <br> Brianne Power, (Bar No. 53730) <br> Towards Justice <br> P.O. Box 371680, PMB 44465 <br> Denver, Colorado 80237 <br> Telephone: (720) 239-2606 <br> alex@towardsjustice.org <br> brianne@towardsjustice.org <br><br> **Counsel for Defendant Marriott International, Inc.:** <br> D. Rockwell Bower (Bar No. 55748) <br> DLA Piper LLP (US) <br> 1900 N. Pearl Street, Suite 2200 <br> Dallas, Texas 75201 <br> Telephone: (214) 743-4585 <br> Facsimile: (214) 665-5955 <br> rockwell.bower@us.dlapiper.com | |
| **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** | |

It is stipulated between counsel for Plaintiff and Defendant that the time within which Defendant Marriott International, Inc. may answer or otherwise respond to Plaintiff's Class Action Complaint be extended to and including January 12, 2024.

There is good cause for this extension as Defendant recently retained counsel and this extension will not interfere with any deadlines in this proceeding.

Dated: December 7, 2023.    Respectfully submitted,

TOWARDS JUSTICE

*/s/ Brianne Power*
D. Rockwell Bower (Bar No. 43730)

**Counsel for Plaintiff**

DLA PIPER LLP (US)

*/s/ D. Rockwell Bower*
D. Rockwell Bower (Bar No. 55748)

**Counsel for Defendant Marriott International, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2023, a true and correct copy of the foregoing pleading was filed via CO Courts' E-Filing System and served on all counsel of record as authorized by Colorado Rule of Civil Procedure 5.

*/s/ D. Rockwell Bower*
D. Rockwell Bower