# EXHIBIT H

| DISTRICT COURT, PITKIN COUNTY, STATE OF COLORADO | **SO ORDERED BY COURT** 12/07/2023 |
|---|---|
| Pitkin County Courthouse<br>506 E. Main Street<br>Aspen, Colorado 81611 | DATE FILED: December 7, 2023 2:40 PM<br>CASE NUMBER: 2023CV30109<br><br>▲COU<br>CHRISTOPHER GILES SELDIN<br>District Court Judge |
| **Plaintiffs:** DANIEL ESTEBAN CAMAS LOPEZ, Individually and on behalf of all similarly situated persons,<br><br>v.<br><br>**Defendant:** MARRIOTT INTERNATOINAL, INC. | Case Number: 2023CV030109<br><br>Division: 5 |
| **ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND** ||

Upon stipulation between the parties, **IT IS ORDERED** that the time for Defendant Marriott International, Inc. to answer or otherwise respond to Plaintiff's Class Action Complaint be extended to and including January 12, 2024.

DATED this ____ day of _____, 2023.    BY THE COURT:

_____
District Court Judge