# **<u>EXHIBIT I</u>**

## Register of Actions

| | | |
|---|---|---|
| **Filed by Plaintiff/Petitioner** | **Case Number:** 2023CV030109 | **Division:** 5 |
| **Filed by Defendant/Respondent** | **Case Type:** Other | **Judicial Officer:** Christopher G. Seldin |
| **Filed by Court** | **Case Caption:** Camas Lopez, Daniel Esteban v. Marriott International Inc | **Court Location:** Pitkin County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 12/07/2023 2:40 PM | Christopher G. Seldin | Pitkin County | N/A | Order *(Related Document)* | Order: Proposed Order Extending Time to Answer or Otherwise Respond- So Ordered | Public |
| 147D1D4676B61 | 12/07/2023 11:17 AM | David Rockwell Bower | DLA Piper LLP | Marriott International Inc | Stipulation | Stipulation for Extension of Time to Answer or Otherwise Respond | Public |
| | | | | | Proposed Order *(Related Document)* | Proposed Order Extending Time to Answer or Otherwise Respond | Public |
| E8411892767F1 | 11/29/2023 11:01 AM | Brianne Michelle Power | Towards Justice | Daniel Esteban Camas Lopez | Return of Service | Affidavit of Service | Public |
| N/A (Details) | 10/23/2023 11:03 AM | Christopher G. Seldin | Pitkin County | N/A | Order - Case Management | DELAY REDUCTION ORDER AND ORDER TO SET CASE MANAEMENT CONFERENCE IN CIVIL CASES ASSIGNED TO JUDGES LYNCH, MYER, NEILEY, NORRDIN, AND SELDIN | Public |
| EDE5E556E472E | 10/20/2023 4:19 PM | Brianne Michelle Power | Towards Justice | Daniel Esteban Camas Lopez | Complaint | Complaint | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 1 | Protected |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Daniel Esteban Camas Lopez | Plaintiff | Active | BRIANNE MICHELLE POWER (Towards Justice) |
| Marriott International Inc | Defendant | Active | DAVID ROCKWELL BOWER (DLA Piper LLP) |