IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-03308-RMR-KAS

DANIEL ESTEBAN CAMAS LOPEZ,
individually and on behalf of all similarly
situated persons,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.,

    Defendant.

## JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINES

Defendant Marriott International, Inc. ("Marriott International") and Plaintiff Daniel Esteban Camas Lopez ("Plaintiff") respectfully move for an Order modifying the Scheduling Order (Dkt. No. 32) and to extend certain deadlines set forth therein, and in support thereof state as follows:

1. The Court entered a Scheduling Order (Dkt. No. 32) on February 13, 2024, ordering that discovery and the case management plan in this action is bifurcated into two phases: (1) Phase One: class certification issues; and (2) Phase Two: merits issues. Accordingly, the Court set deadlines for Phase One discovery and briefing deadlines for Plaintiff's anticipated motion for class certification. The Court deferred setting deadlines for Phase Two discovery or other case management deadlines until a decision on class certification.

2. Three days after the Scheduling Order was entered, Plaintiff filed an Amended Complaint on February 16, 2024.

1

3. Marriott International filed a Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 36) on March 1, 2024, Plaintiff filed an opposition brief on March 15, 2024 (Dkt. No. 39), and Marriott International filed a reply brief on March 29, 2024 (Dkt. No. 40).

4. Marriott International's Motion to Dismiss is fully briefed and remains pending.

5. The Parties have engaged in Phase One discovery.

6. The current deadline for the close of Phase One discovery is August 16, 2024.

7. The Parties jointly request an extension of the discovery deadline and all following deadlines.

8. The parties have exchanged written discovery and written responses and objections. The parties anticipate engaging in further meet and confer efforts in order to effort to avoid discovery disputes requiring Court intervention.

9. The parties are also in the process of producing requested documents and information.

10. The parties are also working to schedule depositions, including cooperation and coordination of the witness and counsel availability and travel accommodations; however, no depositions have been definitively set as of the filing of this Joint Motion.

11. The parties respectfully request additional time to complete Phase One discovery, including the meet and confer efforts, productions, and depositions described above.

12. There is good cause for an extension to allow the parties to schedule depositions at a mutually convenient time and to complete discovery efforts.

13. No Party will be prejudiced by the granting of the relief sought herein, as evidenced by the joint nature of this request.

14. The Parties make this motion solely for efficiency purposes and no party will experience prejudice as a result of the relief sought by this motion.

15. In consideration of above, the Parties request an (approximately, as some dates fell on weekends and/or holidays and were adjusted as such) eight (8) week extension to the existing deadlines. The Parties respectfully request that the Court order the following deadlines:

- Phase 1 Discovery Cut-off: October 11, 2024
- Class Certification Motion Deadline: November 15, 2024
- Deadline for Opposition to Motion for Class Certification: January 6, 2025
- Deadline for Reply Brief for Motion for Class Certification: February 6, 2025

WHEREFORE, the Parties respectfully request an Order from this Court granting this Motion and the proposed changes to the Scheduling Order, and any further relief the Court deems just and proper.

Dated: August 1, 2024

/s/ *Brianne Power*
Alexander Hood (CO Bar No. 42775)
Brianne Power (CO Bar No. 53730)
Towards Justice
P.O. Box 371680, PMB 44465
Denver, CO 80237

/s/ *Ellen E. Dew*
Michael P. O'Day
Ellen E. Dew
William W. Reichart III
DLA PIPER LLP (US)
650 S. Exeter St.

Tel.: (720) 239-2606
alex@towardsjustice.com
brianne@towardsjustice.com

*Counsel for Plaintiff*

Suite 1100
Baltimore, MD 21202
Tel.: (410) 580-3000
Fax: (410) 580-3001
michael.oday@us.dlapiper.com
ellen.dew@us.dlapiper.com
wes.reichart@us.dlapiper.com

*Counsel for Defendant Marriott International, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of August, 2024, I filed the foregoing document and cause the same to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Ellen E. Dew*
Ellen E. Dew