**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:23-cv-03308-RMR-KAS

DANIEL ESTEBAN CAMAS LOPEZ,
individually and on behalf of all similarly
situated persons,

      Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.,

      Defendant.

---

### JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINES

---

Defendant Marriott International, Inc. ("Marriott International") and Plaintiff Daniel Esteban Camas Lopez ("Plaintiff") respectfully move for an Order modifying the Scheduling Order (Dkt. No. 32) and to extend certain deadlines set forth therein, and in support thereof state as follows:

1.    The Court entered a Scheduling Order (Dkt. No. 32) on February 13, 2024, ordering that discovery and the case management plan in this action is bifurcated into two phases: (1) Phase One: class certification issues; and (2) Phase Two: merits issues. Accordingly, the Court set deadlines for Phase One discovery and briefing deadlines for Plaintiff's anticipated motion for class certification. The Court deferred setting deadlines for Phase Two discovery or other case management deadlines until a decision on class certification.

2.    Three days after the Scheduling Order was entered, Plaintiff filed an Amended Complaint on February 16, 2024.

3.      Marriott International filed a Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 36) on March 1, 2024, Plaintiff filed an opposition brief on March 15, 2024 (Dkt. No. 39), and Marriott International filed a reply brief on March 29, 2024 (Dkt. No. 40).

4.      Marriott International's Motion to Dismiss is fully briefed and remains pending.

5.      The Parties are engaged in Phase One discovery.

6.      The current deadline for the close of Phase One discovery is October 11, 2024 pursuant to the Court's August 9, 2024 Minute Order (Dkt. No. 43).

7.      The Parties jointly request an extension of the discovery deadline and all following deadlines.

8.      The parties have exchanged written discovery and written responses and objections.  The parties have also produced documents and both parties anticipate making supplemental productions on a rolling basis.  The parties require additional time to complete their productions of Phase One discovery.

9.      The parties have engaged in extensive meet and confer efforts in an attempt to avoid any discovery dispute in this action.  Those meet and confer efforts are ongoing with the parties exchanging written proposals and correspondence regarding their positions.  The parties are hopeful that through continued meet and confer they will be able to avoid court intervention and/or substantially narrow any discovery issues that will come before the Court.  The parties require additional time to complete and exhaust their meet and confer efforts.

10.     The parties are also working to schedule depositions in light of when the parties will complete Phase One document productions and their continued meet and confer over certain requests.

11.     The parties respectfully request additional time to complete Phase One discovery, including the meet and confer efforts, productions, and depositions described above.

12.     There is good cause for an extension to allow the parties to complete Phase One discovery efforts.

13.     No Party will be prejudiced by the granting of the relief sought herein, as evidenced by the joint nature of this request.

14.     The Parties make this motion solely for efficiency purposes and no party will experience prejudice as a result of the relief sought by this motion.

15.     In consideration of above, the Parties request an approximately six (6) week extension to the existing deadlines, adjusted for the holidays.  The Parties respectfully request that the Court order the following deadlines:

- Phase 1 Discovery Cut-off: November 22, 2024

- Class Certification Motion Deadline: January 10, 2025

- Deadline for Opposition to Motion for Class Certification: February 21, 2025

- Deadline for Reply Brief for Motion for Class Certification: March 21, 2025

WHEREFORE, the Parties respectfully request an Order from this Court granting this Motion and the proposed changes to the Scheduling Order, and any further relief the Court deems just and proper.

Dated: October 3, 2024

/s/ Brianne Power
Alexander Hood (CO Bar No. 42775)
Brianne Power (CO Bar No. 53730)
Towards Justice
P.O. Box 371680, PMB 44465
Denver, CO 80237
Tel.: (720) 239-2606
alex@towardsjustice.com
brianne@towardsjustice.com

Counsel for Plaintiff

/s/ William W. Reichart III
Michael P. O'Day
Ellen E. Dew
William W. Reichart III
DLA PIPER LLP (US)
650 S. Exeter St.
Suite 1100
Baltimore, MD 21202
Tel.: (410) 580-3000
Fax: (410) 580-3001
michael.oday@us.dlapiper.com
ellen.dew@us.dlapiper.com
wes.reichart@us.dlapiper.com

Counsel for Defendant Marriott
International, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of October, 2024, I filed the foregoing document and cause the same to be served on all counsel of record via the Court's CM/ECF system.

/s/ Brianne Power