IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03308-RMR-KAS

DANIEL ESTEBAN CAMAS LOPEZ, individually and on behalf of all similarly situated persons,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order to Extend Deadlines** [#48] (the "Motion"). For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion [#48] is **GRANTED**. The Phase 1 discovery cut-off is extended to **November 22, 2024**. The deadline to file a class certification motion is extended to **January 10, 2025**. The deadline to file a response to the motion for class certification is extended to **February 21, 2025**. The deadline to file a reply to the motion for class certification is extended to **March 21, 2025**.

    Dated: October 3, 2024