# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

DANIEL ESTEBAN CAMAS LOPEZ,
individually and on behalf of all similarly
situated persons,

    Plaintiff,

v.                                                        Case No. 1:23-cv-03308-RMR-KAS

MARRIOTT INTERNATIONAL, Inc.,

    Defendant.

## CERTIFICATE OF CONFERRAL RE: MOTION FOR CLASS CERTIFICATION

Counsel for both parties have discussed their disagreement regarding the appropriateness of this case for class certification on multiple occasions throughout the class discovery period, including by email, video-conference, and phone, but have been unable to reach an agreement to resolve the dispute regarding class certification. Most recently, Plaintiff's counsel and Defendant's counsel conferred over email on April 21, 2025, and counsel for Defendant confirmed that Defendant opposes Plaintiff's Motion for Class Certification.

Dated: April 23, 2025

                                                          Respectfully submitted,

                                                          *s/Brianne Power*
                                                          Alexander Hood
                                                          Brianne Power
                                                          Towards Justice
                                                          P.O. Box 371680, PMB 44465
                                                          Denver, CO 80237
                                                          Tel.: (720) 239-2606
                                                          alex@towardsjustice.com
                                                          brianne@towardsjustice.com

                                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 23, 2025, a true and correct copy of the foregoing was served electronically on all counsel of record.

*s/Brianne Power*
_____