IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03308-RMR-KAS

DANIEL ESTEBAN CAMAS LOPEZ, individually and on behalf of all similarly situated persons,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.,

    Defendant.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendant's **Unopposed Expedited Motion for Enlargement of Page Limits** [#73] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#73] is **GRANTED**. The page limitation on Defendant's Response to Plaintiff's Motion for Class Certification [#69] is increased from 15 to 25 pages.

    Dated: May 13, 2025